GEORGIA RAILROAD & BANKING CO. *v.* MOORE, administrator.

LEWIS, J. There being no error of law complained of, and there being some evidence to sustain the verdict, this court will not interfere with the discretion of the trial judge in overruling the motion for a new trial.

　　　　　　　*Judgment affirmed. All the Justices concurring.*

Argued March 21, — Decided April 20, 1899.

Action for damages. Before Judge Reese. Taliaferro superior court. February term, 1898.

*Jos. B. & Bryan Cumming* and *M. P. Reese,* for plaintiff in error. *Colley & Sims* and *Horace M. Holden,* contra.

---

EQUITABLE SECURITIES COMPANY *v.* WORLEY.

COBB, J. 1. The overruling of a demurrer to a petition, even if erroneous, is not a proper ground of a motion for a new trial.

2. This court will not disturb a judgment denying a new trial, when the only grounds of the motion therefor which can be considered are that the verdict was contrary to law and the evidence, and it appears that there was sufficient evidence to warrant the finding of the jury.

　　　　　　　*Judgment affirmed. All the Justices concurring.*

Submitted March 21,— Decided April 20, 1899,

Attachment. Before Judge Proffitt. City court of Elberton. July 12, 1898.

*John P. Shannon,* for plaintiff in error.